UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

J.A.S.H. et al.,

        Petitioners,        Case No. 1:25-cv-1389

v.                                    Hon. Hala Y. Jarbou

ROBERT LYNCH et al.,

        Respondents.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioners' motion to proceed pseudonymously (ECF No. 5) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioners' motion to dismiss (ECF No. 4) is **DENIED** as moot.

Dated: November 20, 2025                /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE