UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

J.A.S.H. et al.,

        Petitioners,

v.

ROBERT LYNCH et al.,

        Respondents.
_____/

Case No. 1:25-cv-1389

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the § 2241 petition is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Federal Rule of Civil Procedure 10(a).

Dated: November 20, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE